# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BERNARD R. WERWIE, JR.,

   *Plaintiff*,

  v.

RUSSELL VOUGHT, Director, Office of
Management and Budget, *et al.*,

   *Defendants.*

No. 19-cv-3713 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Motion to Dismiss, Dkt. 11, is **GRANTED**, and the

plaintiff's Complaint, Dkt. 1, is **DISMISSED**.

The Clerk of Court is directed to close this case.

DABNEY L. FRIEDRICH
United States District Judge

November 18, 2020